473 A.2d 689

Commonwealth v. Banks, Appellant.

Submitted October 7, 1983. Alan D. Budman, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

The order of the lower court is reversed and the case is remanded so that appellant may file an appeal *nunc pro tunc.*